IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FC MEYER PACKAGING, LLC, a limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> A & D FLEXOGRAPHIC REPAIR, INC., a Texas corporation, <br><br> Defendant. | Civil Action No. 05-1315 <br><br> Judge Lancaster / <br> Magistrate Judge Lenihan |

**ORDER**

AND NOW, this __14th__ day of __April__, 2008, upon being informed that plaintiff and defendant have reached an amicable resolution disposing of all issues in the case, it is hereby ORDERED that plaintiff's claims are DISMISSED. The Court shall retain jurisdiction to enforce the terms of the settlement.

_____ J.